

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-14-00106-CR

**EX PARTE** Otto Ray **KIETZMAN**,

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

The clerk's record in this appeal has been filed. The record reflects that on January 10, 2014, appellant filed in the trial court a petition for writ of habeas corpus. On February 13, 2014, appellant filed a notice of appeal, complaining that the trial court had not held a hearing on his petition. Indeed, there is no final order signed by the trial court in the clerk's record. It thus appears that this appeal is interlocutory and that we have no jurisdiction over this appeal. *See Williams v. State*, 464 S.W.2d 842, 844 (Tex. Crim. App. 1971); *Ex parte Hargett*, 819 S.W.2d 866, 868 (Tex. Crim. App. 1991).

We therefore ORDER appellant to show cause on or before **March 10, 2014** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending further order of this Court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court